No. 73–1005. Ross *v.* OHIO. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 73–1007. FRANKLIN ET AL. *v.* KRAUSE, CLERK, BOARD OF SUPERVISORS OF NASSAU COUNTY. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 73–232. EXXON CORP. *v.* PRESTON. Appeal from Ct. Civ. App. Tex., 9th Sup. Jud. Dist. [Probable jurisdiction noted, 414 U. S. 1038.] Upon receiving and filing appellee's waiver of his right to file an opposing brief with his representation that he no longer opposes change of venue of the litigation to Harris County, Texas, judgment of the Court of Civil Appeals of Texas, Ninth Supreme Judicial District, is vacated and case remanded to that court to consider whether venue issue has become moot. MR. JUSTICE POWELL took no part in the consideration or decision of this case.